IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PETER ALLEN TREADWAY, JR.,** : | |
| Petitioner, : | |
| : | |
| v. : | Civ. No. 18-2599 |
| : | |
| **MR. GIULMORE, et al.,** : | |
| Respondents. : | |

## O R D E R

United States Magistrate Judge Elizabeth T. Hey has issued a Report and Recommendation advising that I deny Petitioner Peter Treadway's Petition for a Writ of Habeas Corpus. (Doc. No. 68.) Treadway has not objected to Judge Hay's R&R. After carefully reviewing Judge Hay's thorough opinion, I conclude that her analysis is plainly correct. See Fed. R. Civ. P. 72(b) advisory committee's note to the 1983 amendment ("When no timely objection is filed, [I] need only satisfy [myself] that there is no clear error on the face of the record in order to accept the recommendation."); see also Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987).

**AND NOW**, this 11th day of December, 2020, upon consideration of the Petition for a Writ of Habeas Corpus (Doc. No. 1, 15, 63), Respondents' Opposition (Doc. No. 65), and the Report and Recommendation (Doc. No. 68), to which no objection has been filed, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for a Writ of Habeas Corpus is **DENIED with prejudice**;

3. I will not conduct an evidentiary hearing because the record conclusively shows that Treadway is not entitled to relief. See United States v. Lilly, 536 F.3d 190, 196 (3d Cir. 2008);

4. There are no grounds to issue a certificate of appealability; and

5. The Clerk of Court shall **CLOSE** this case.

                                                           **AND IT IS SO ORDERED.**

December 11, 2020                                                              */s/ Paul S. Diamond*
                                                                                                     Paul S. Diamond, J.